E-FILED
Friday, 05 September, 2025 03:21:59 PM
Clerk, U.S. District Court, ILCD

FILED
ROBERT M. SPEARS
4/1/2025 8:59 AM
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

*Exhibit A*

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR PEORIA COUNTY, ILLINOIS

| | |
|---|---|
| SAINT JOHN EVANGELICAL LUTHERAN CHURCH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GUIDEONE INSURANCE COMPANY, )<br>)<br>Defendant. ) | Case No.: 2025-LA-0000061<br><br>TRIAL BY JURY DEMANDED<br><br>THIS CASE IS SET FOR A MANAGEMENT CONFERENCE ON 9/19/25 @ 9A IN COURTROOM 213/214 OF THE PEORIA COUNTY COURTHOUSE.<br>IF THE DEFENDANT(S) ANSWERS(S) MORE THAN 35 DAYS BEFORE THIS DATE, THEN THE PARTIES SHALL SCHEDULE A CASE MANAGEMENT CONFERENCE WITHIN 25 DAYS OF THE DATE THE ANSWER'S PLED |

## COMPLAINT

**COMES NOW**, the Plaintiff, SAINT JOHN EVANGELICAL LUTHERAN CHURCH ("Plaintiff"), by through its undersigned counsel, The Law Offices of Frederick W. Nessler & Associates, PLLC., and in complaining of the Defendant, GUIDEONE INSURANCE COMPANY, alleges and states as follows:

### PARTIES AND VENUE

1. At all times material hereto, Plaintiff owned commercial properties located at:

    a. 6614 W. Smithville Road, Peoria, Illinois 61607;

    b. 6620 W. Smithville Road, Peoria, Illinois 61607;

    c. 6601 W. Smithville Road, Peoria, Illinois 61607; and

    d. 6617 W. Smithville Road, Peoria, Illinois 61607.

2. At all times material hereto, Defendant, GUIDEONE INSURANCE COMPANY ("Defendant"), was a for-profit corporation who engaged in the business of providing insurance coverage to property owners located in Peoria County, Illinois.

3. Venue is proper pursuant to 735 ILCS 5/2-101 as the disputes at issue occurred in Peoria County, Illinois.

## GENERAL ALLEGATIONS

4. Plaintiff is the owner of real property located at:

   a. 6614 W. Smithville Road, Peoria, Illinois 61607;

   b. 6620 W. Smithville Road, Peoria, Illinois 61607;

   c. 6601 W. Smithville Road, Peoria, Illinois 61607; and

   d. 6617 W. Smithville Road, Peoria, Illinois 61607.

(collectively referred to as "the Properties")

5. At the time of loss, Plaintiff maintained a policy of insurance covering the Properties for wind and hail beginning September 15, 2022 and ending September 15, 2023, policy numbered 00-9618-369 (the "Policy"). A true and correct copy of the Policy is attached hereto as **Exhibit A**.

6. On or about March 31, 2023, Plaintiff's Properties were damaged as a result of wind and hail.

7. Plaintiff promptly notified Defendant of the loss.

8. Defendant accepted coverage of Plaintiff's claim and assigned claim number AA174895 to said claim.

9. Shortly after being notified of the loss, Defendant inspected the subject Property and provided a minimal, undisputed payment.

10. Defendant's initial undisputed payment does not take into account the totality of repairs needed at the subject Property.

11. All conditions precedent to obtaining coverage for the subject loss have been complied with, met, or waived.

**COUNT I**
**BREACH OF CONTRACT AS IT RELATES TO ALL PROPERTIES**

12. Plaintiff re-alleges and re-incorporates Paragraphs 1 through 10 above as if fully set forth herein.

13. Plaintiff and Defendant are parties to a valid and binding contract for insurance which requires Defendant to provide benefits to Plaintiff in the event of a covered loss to the Property.

14. Upon information and belief, Plaintiff has suffered a covered loss under the Policy.

15. Defendant refuses to provide benefits due to Plaintiff to restore the Property to its pre-loss condition.

16. Defendant has breached the Policy by failing to pay for all benefits to which Plaintiff is entitled to for the loss.

17. Plaintiff has been damaged by Defendant's breach of the insurance contract.

18. Plaintiff is entitled to compensation for Defendant's breach of contract.

**WHEREFORE**, Plaintiff, SAINT JOHN EVANGELICAL LUTHERAN CHURCH., demands judgment against Defendant, GUIDEONE INSURANCE COMPANY for:

A. All damages to which Plaintiff is entitled, and

B. Any such other relief this Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff demand a trial by jury on all issues so triable.

**[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK]**

Dated: March 31, 2025.                          **SAINT JOHN EVANGELICAL**
                                                **LUTHERN CHURCH, Plaintiff**

                                                By: */s/ Damian S. Sullivent*
                                                One of its attorneys

Damian S. Sullivent, Esq.
ARDC No. 6340449
THE LAW OFFICES OF FREDERICK W. NESSLER
& ASSOCIATES, PLLC
1600 West Bay Drive
Largo, Florida 33770
727/333.7093 (Office)
727/333.7116 (Fax)
dsullivent@nesslerlaw.com
smullins@nesslerlaw.com – Secondary